LODGED
Filed
ORIGINAL
Filed
CR - 08    00226
RMW
MAR 24 2008
Clerk, U.S. District Court
District of Montana
APR 04 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| CR-02-112-GF-SEH-01 |

| DOCKET NUMBER (Rec. Court) |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas MALOLEPSZY | Montana | Great Falls |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Sam E. Haddon |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 3/25/08 | 3/24/13 |

**OFFENSE**
Conspiracy to Distribute Methamphetamine

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Montana_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Northern District of California_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3/24/08_
Date

_Sam E. Haddon_
Sam E. Haddon, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __California__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4/2/08_
Effective Date

_[signature]_
United States District Judge